IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **NYIETTA M. WHITE,** § § | |
| Plaintiff, § § | |
| v. § | Case No. 4:11-cv-00098 |
| § | |
| **HORIZONS YOUTH SERVICES, L.C.** § **d/b/a NORTH TEXAS JOB CORPS** § **CENTER,** § § | |
| Defendant. § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Nyietta M. White and Defendant Horizons Youth Services, L.C. d/b/a North Texas Job Corps Center announce to the Court that they wish voluntarily to dismiss this action in its entirety with prejudice as to the refiling of the same, with each party bearing its own costs, and request that the Court enter the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

By: /s/ David D. Davis
David D. Davis
State Bar No. 00790568
LAW OFFICES OF DAVID D. DAVIS, PLLC
12221 Merit Drive, Suite 670
Dallas, Texas 75251
Telephone:    (972) 866 9900

**ATTORNEY FOR PLAINTIFF
NYIETTA M. WHITE**

By: /s/ Jennifer M. Trulock
Jennifer M. Trulock
State Bar No. 90001515
BAKER BOTTS, LLP
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone:  214.953.6500
Facsimile:  214.953.6503

**ATTORNEYS FOR HORIZONS YOUTH SERVICES, L.C. d/b/a NORTH TEXAS JOB CORPS CENTER**

## CERTIFICATE OF SERVICE

On August 15, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Jennifer M. Trulock
Jennifer M. Trulock