IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NYIETTA M. WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:11-cv-00098 |
| | § | |
| HORIZONS YOUTH SERVICES, L.C. d/b/a NORTH TEXAS JOB CORPS CENTER, | § § § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Nyietta M. White and Defendant Horizons Youth Services, L.C. d/b/a North Texas Job Corps Center is of the opinion that the Motion should be and is hereby GRANTED.

Accordingly, without limiting the foregoing:

IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims and causes of action against Defendant are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs and attorneys' fees.

It is SO ORDERED.

SIGNED this 16th day of August, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE